**Quarles & Brady LLP**
Firm State Bar No. 00443100
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

John Maston O'Neal (#015945)
john.oneal@quarles.com
Krystal M. Aspey (#026609)
krystal.aspey@quarles.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M&I MARSHALL & ILSLEY BANK, a Wisconsin banking corporation, <br><br> Plaintiff, <br> vs. <br> GLEN J. LERNER, an individual, <br><br> Defendant. | NO. <br><br> **COMPLAINT** <br><br> (Breach of Promissory Note) |

Plaintiff M&I Marshall & Ilsley Bank, for its claims for relief against Defendant, alleges as follows:

### THE PARTIES

1. Plaintiff M&I Marshall & Ilsley Bank ("M&I") is a Wisconsin banking corporation, authorized to do and doing business in Maricopa County, Arizona.

2. Defendant Glen J. Lerner ("Lerner") is a married individual and is a resident of Maricopa County, Arizona.

### JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship. M&I is a Wisconsin banking corporation, with its principal place of business in Wisconsin. Lerner is a resident of the State of Arizona. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. This Court has personal jurisdiction over Lerner.

QB\660471.00477\10305912.1

5. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(a). The acts complained of occurred, in substantial part, in Maricopa County, Arizona, and Lerner resides in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

6. On or about April 20, 2006, Lerner executed and delivered to M&I a promissory note (the "Original Note") in the original principal amount of $2,252,500.00. A complete and authentic copy of the Original Note is attached hereto as Exhibit "A."

7. On or about May 1, 2009, Lerner executed and delivered to M&I a renewal promissory note (the "Renewal Note") in the original principal amount of $2,252,363.75. A complete and authentic copy of the Renewal Note is attached hereto as Exhibit "B." The Original Note and the Renewal Note may be collectively referred to herein as the "Note."

8. The purpose of the Renewal Note was, among other things, to extend the maturity date from May 1, 2009 to May 1, 2010.

9. Lerner defaulted on his obligations under the Note by, among other things, failing to pay the outstanding indebtedness due under the Note upon the maturity date of May 1, 2010.

10. As of May 4, 2010, the total indebtedness owed by Lerner to M&I under the Note included the following:

| | |
|---|---:|
| Principal balance: | $1,221,300.78 |
| Accrued Interest: | $20,092.77 |
| Late Charges: | $1,838.40 |
| Other Fees: | $147.00 |
| **Total:** | **$1,243,378.95** |

11. Interest has accrued and will continue to accrue on the unpaid principal balance at the default rate, as defined in the Note, from May 1, 2010, until paid in full.

12. Despite demand for payment by M&I, Lerner has failed or otherwise refused to pay the entire indebtedness owed under the Note.

13. M&I is entitled to recover its reasonable attorney's fees, court costs, and

other expenses incurred herein pursuant to the Note and A.R.S. § 12-341.01.

## CLAIM FOR RELIEF
### (Breach of Promissory Note)

14. Plaintiff hereby incorporates each and every allegation contained in the previous paragraphs of this Complaint as though fully set forth herein.

15. The Note constitutes a valid and enforceable contract between M&I and Lerner.

16. M&I has fully performed all of its obligations under the Note.

17. Lerner has breached the terms of the Note by, among other things, failing to pay amounts due and owing thereunder, as set forth herein.

18. As a result of Lerner's breaches, M&I has suffered and continues to suffer damages.

19. M&I is entitled to recover its reasonable attorney's fees, court costs, and other expenses incurred herein pursuant to the Note and A.R.S. § 12-341.01.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands the following relief against Lerner:

A. An award of the principal sum of $1,221,300.78, plus such other amounts as may be proved at trial;

B. An award of accrued interest in the amount of $20,092.77, as of May 4, 2010;

C. An award of additional interest on the foregoing principal sum at the default rate, as defined in the Note, from May 1, 2010, until paid in full;

D. An award of late charges in the amount of $1,838.40;

E. An award of other fees in the amount of $147.00;

F. An award of M&I's collection expenses, attorney's fees, and court costs incurred herein;

G. An award of interest on the foregoing late charges, collection expenses, attorneys' fees, and court costs at the highest lawful rate from entry of judgment until paid

1  in full; and

2      H.    For all such other and further relief available under law and equity.

3  **DATED** this 18th day of May, 2010.

                QUARLES & BRADY LLP
                One Renaissance Square
                Two North Central Avenue
                Phoenix, Arizona 85004-2391

                By /s/ Krystal M. Aspey
                   John Maston O'Neal
                   Krystal M. Aspey

                *Attorneys for Plaintiff*