**Quarles & Brady** LLP
Firm State Bar No. 00443100
One Renaissance Square, Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

John Maston O'Neal (#015945)
john.oneal@quarles.com
Lauren Elliott Stine (#025083)
lauren.stine@quarles.com
Krystal M. Aspey (#026609)
krystal.aspey@quarles.com
Scott S. Simonson (#027439)
Scott.Simonson@quarles.com

*Attorneys for Plaintiff M&I Marshall & Ilsley Bank*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| M&I Marshall & Ilsley Bank, a Wisconsin banking corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>Glen J. Lerner, an individual,<br><br>　　　　　Defendant. | Case No. 2:10-cv-01081-PHX-DGC<br><br>**MOTION FOR SUMMARY JUDGMENT**<br><br>[Assigned to the Hon. David G. Campbell] |

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff M&I Marshall & Ilsley Bank ("M&I") moves for summary judgment on its claim for breach of contract against Defendant Glen J. Lerner ("Lerner"). This Motion is supported by the following Memorandum of Points and Authorities, the Statement of Facts in Support of Plaintiff's Motion for Summary Judgment ("SOF") submitted herewith, and the entire record before the Court.

DATED this 14th day of January, 2011.

　　　　　　　　　　　　　　QUARLES & BRADY LLP
　　　　　　　　　　　　　　Renaissance One, Two North Central Avenue
　　　　　　　　　　　　　　Phoenix, Arizona 85004-2391

　　　　　　　　　　　　　　By */s/ Scott S. Simonson*
　　　　　　　　　　　　　　　　John Maston O'Neal
　　　　　　　　　　　　　　　　Lauren Elliott Stine
　　　　　　　　　　　　　　　　Krystal M. Aspey
　　　　　　　　　　　　　　　　Scott S. Simonson

*Attorneys for Plaintiff M&I Marshall & Ilsley Bank*

QB\660471.00477\12158085.1

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION.**

In April 2006, Lerner, a practicing personal injury attorney who lives in Arizona, obtained a $2.25 million loan from M&I (the "Loan"). Lerner used the loan to buy a vacant lot in Silverleaf, a community of luxury homes in Scottsdale. The loan matured on May 1, 2010, but Lerner failed to repay more than $1.22 million. On May 18, 2010, M&I brought this action for breach of contract. M&I now moves the Court to enter summary judgment in its favor on the breach of contract claim against Lerner.

**II.   STATEMENT OF UNDISPUTED FACTS.**

On April 20, 2006, Lerner executed and delivered to M&I a promissory note (the "Note") in the original principal amount of $2,252,500.00. [SOF ¶ 1.] On or about May 1, 2009, Lerner executed and delivered to M&I a renewal promissory note (the "Renewal Note") in the original principal amount of $2,252,363.75. [SOF ¶ 2.] By signing the Renewal Note, Lerner extended the maturity date of the Note from May 1, 2009, to May 1, 2010. [SOF ¶ 3.]

Lerner failed to pay all indebtedness due upon the Note by the maturity date of May 1, 2010. [SOF ¶ 4.] As a result, Lerner defaulted on his obligations under the Note. [SOF ¶ 5.] Lerner admits that he has failed to repay principal in the amount of $1,221,300.78. [SOF ¶ 6.] Although M&I has demanded payment, Lerner has failed or otherwise refused to pay the entire indebtedness owed under the Note. [SOF ¶ 7.]

As of January 11, 2011, the total indebtedness owed by Lerner to M&I under the Note included the following:

| | |
|---|---|
| Principal balance: | $1,221,300.78 |
| Accrued Interest: | $78,749.13 |
| Late Charges: | $1,838.40 |
| Other Fees: | $147.00 |
| **Total:** | **$     1,302,035.31** |

[SOF ¶ 8.] Also, Lerner owes interest on the unpaid principal balance that has accrued since May 1, 2010, and interest that will continue to accrue until paid in full, at the default rate defined in the Note.[1] [SOF ¶ 9.]

### III. M&I IS ENTITLED TO SUMMARY JUDGMENT ON ITS CLAIM OF BREACH OF CONTRACT.

Based on these undisputed facts, M&I is entitled to summary judgment on its claim. The Note and Renewal Note constitute a valid, enforceable contract between M&I and Lerner. When Lerner failed to repay the Loan by the maturity date, he breached his contract with M&I. Therefore, as to whether Lerner breached his contract with M&I, there is no genuine issue of material fact. Nor is there a genuine issue of fact on the amount of damages owed by Lerner. The amount Lerner owes to M&I is $1,302,035.31, which figure cannot be legitimately disputed. As a result, summary judgment is appropriate on M&I's claim.

### IV. CONCLUSION.

For the foregoing reasons, M&I respectfully requests that the Court enter summary judgment in favor of M&I and against Lerner for all of the relief requested in M&I's Complaint. In addition, M&I is entitled to an award of its attorneys' fees and costs pursuant to the Note and Ariz. Rev. Stat. § 12-341.01. M&I will file the necessary application for attorneys' fees and costs if this Motion is granted.

DATED this 14th day of January, 2011.

> QUARLES & BRADY LLP
> Renaissance One, Two North Central Avenue
> Phoenix, Arizona  85004-2391
>
> By */s/ Scott S. Simonson*
> John Maston O'Neal
> Lauren Elliott Stine
> Krystal M. Aspey
> Scott S. Simonson
> *Attorneys for Plaintiff M&I Marshall & Ilsley Bank*

---

[1] Because interest continues to accrue, the amount owed by Lerner will be greater at the time of entry of judgment than stated herein. If M&I is granted summary judgment, it will submit an updated statement of the amount owed at the time it lodges a form of judgment.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Todd Feltus (tfeltus@kflawaz.com)
William T. Luzader III (wtl@kflawaz.com)
*Attorneys for Defendant Glen J. Lerner, an individual*

Daniel G. Dowd (DDowd@ckdqlaw.com)
Daniel E. Durschlag (ddurchslag@ckdqlaw.com)
*Attorneys for Counterdefendant DMB Realty LLC*

*/s/ Donna Marie Reid*

QB\660471.00477\12158085.1